# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WILLIAM KENNETH WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-245
_____

December 1, 2023

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.